```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
JAVIER GONZALEZ,                              :
                            Plaintiff,        :
                                              :    21 Civ. 3317 (LGS)
              -against-                       :
                                              :        ORDER
HEALTHY MARKET PLACE CORP., et al.,           :
                            Defendants.       :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 23, 2021 (Dkt. No. 25), required the parties to file a proposed case management plan and joint letter by June 3, 2021;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **June 7, 2021, at noon**.

Dated: June 4, 2021
      New York, New York

                                                 LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE