UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JAVIER GONZALEZ,
                        Plaintiff,

            -against-

HEALTHY MARKET PLACE CORP., et al.,
                      Defendants.
------------------------------------------------------------ X

21 Civ. 3317 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Orders dated April 23, 2021, and June 7, 2021 (Dkt. Nos. 25, 38), required the parties to file a proposed case management plan and joint letter by July 8, 2021.

WHEREAS, the parties failed to timely submit the joint letter. It is hereby

**ORDERED** that the parties shall file the joint status letter as soon as possible and no later than **July 12, 2021, at noon**.

Dated: July 9, 2021
       New York, New York

                                                         LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE